UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TGI SYSTEMS CORPORATION, an Illinois Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JENS GIESSLER, an individual; and NEUMANN & MULLER GmbH & Co. KG,<br><br>    Defendants. | Case No. 15-cv-04341<br><br>Honorable Matthew F. Kennelly |

## JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Defendants Jens Giessler and Neumann & Müller GmbH & Co., KG and Plaintiff TGI Systems Corporation (collectively the "**Parties**") file this Joint Motion for Entry of Agreed Final Judgment as follows:

Plaintiff TGI Systems Corporation and Defendants Jens Giessler and Neumann & Müller GmbH & Co., KG have resolved all of their differences and have settled this case. The Parties request that the Court enter their Final Judgment (filed contemporaneously with this Joint Motion as Exhibit A).

Dated:  October 20, 2016                Respectfully submitted,


    */s/ Michael W. O'Donnell*
    Michael W. O'Donnell
    *Pro Hac Vice & Counsel of Record*
    mike.odonnell@nortonrosefulbright.com
    Blake W. Stribling
    *Pro Hac Vice*
    blake.stribling@nortonrosefulbright.com
    Lauren A. Valkenaar
    *Pro Hac Vice*
    lauren.valkenaar@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
300 Convent Street, Suite 2100
San Antonio, TX  78205-3792
Telephone:     (210) 224-5575
Facsimile:      (210) 270-7205

AND


    John H. Scheid, Jr.
    JScheid@pretzel-stouffer.com
PRETZEL & STOUFFER
1 South Wacker Drive, Suite 2500
Chicago, IL 60606
(312) 578-7503


COUNSEL FOR DEFENDANTS JENS GIESSLER AND NEUMANN & MULLER GMBH & CO. KG

GOLDSTEIN & MCCLINTOCK LLP

    /s/ *Terence D. Brennan*
    Terence D. Brennan
    Attorney No. 49500
    terryb@goldmclaw.com
208 South LaSalle St., Suite 1750
Chicago, IL 60604
312-337-7700 (Main)
312-219-6737 (Direct)
312-277-2305 (Fax)

COUNSEL FOR PLAINTIFF TGI SYSTEM CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion for Entry of Final Judgment to be electronically filed with the Clerk of the Court using the ECF system for the United States District Court for the Northern District of Illinois on this the 20th day of October, 2016 which will send electronic notification of such filing to the following CM/ECF recipients:

Terence D. Brennan
Attorney No. 49500
GOLDSTEIN & MCCLINTOCK LLP
208 South LaSalle St., Suite 1750
Chicago, IL 60604
312-337-7700 (Main)
312-219-6737 (Direct)
312-277-2305 (Fax)
Email: terryb@goldmclaw.com

                                             */s/Michael W. O'Donnell*
                                             Michael W. O'Donnell